# UNITED STATES BANKRUPCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 13** |
| **Thomas J. Hudson, Brenda L. Hudson** | ) | |
| **Debtor(s)** | ) | |
| | ) | **BK No. 16-10163-sr** |

## APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

Joseph L. Quinn, Esquire applies under § 330 of the Bankruptcy Code for an award of compensation and reimbursement of actual, necessary expenses and represents:

1. Applicant is counsel for the debtor(s).

2. The debtor(s) filed a petition under Chapter 13 of the Bankruptcy Code on January 8, 2016.

3. The debtor(s) annualized current monthly income as set forth on Form B22C is:

    ____ above median (the amount on line 15 is not less than the amount on line 16)

    _X_ below median (the amount on line 15 is less than the amount on line 16).

4. All services rendered and expenses incurred for which compensation or reimbursement is requested were performed or incurred for or on behalf of the debtor, the services and expenses were actual and necessary, and the compensation requested for those services is reasonable.

5. Applicant requests reimbursement of expenses in the amount of $0.00 for the following expenses: N/A

6. Applicant requests an award of compensation of $3,000.00 for the hours expended in providing the following services: Preparation and filing of Chapter 13 Bankruptcy Petition, representation at 341 meeting, and subsequent modification of the Chapter 13 Plan.

7. The debtor(s) paid Applicant $750.00 prior to the filing of the petition.

8. A copy of the Applicant's disclosure of compensation pursuant to Fed. R. Bankr. P. 2016(b) is attached hereto as Exhibit "A."

9. None of the compensation paid to applicant will be shared with any person other than a member or regular associate of applicant's law firm unless 11 U.S.C. §504(c) applies.

WHEREFORE, Applicant requests an award of $3,000.00 in compensation and of $0.00 in reimbursement of actual, necessary expenses.

Respectfully Submitted,

**Law Office of Stephen Ross, P.C.**

By: */s/ Joseph L. Quinn*
    Joseph L. Quinn, Esquire
    Attorney for Debtor
    Attorney I.D. No. 307467
    152 E. High Street, Suite 100
    Pottstown, PA 19464
    Ph: (610) 323-5300
    MKoons@SJR-Law.com

Dated: May 18, 2016